# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| PATRICK ALEXANDER MCCOY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:21-cv-01265-MHH-NAD |
| KEITH BOOTY COX, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On April 12, 2024, the magistrate judge entered a report in which he recommended that the Court dismiss Mr. McCoy's federal claims under 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted and that the Court decline to exercise jurisdiction over Mr. McCoy's state law claims under 28 U.S.C. § 1367(c)(3). (Doc. 12). The magistrate judge advised Mr. McCoy of his right to file specific written objections within 14 days. (Doc. 12, pp. 15-17). On May 10, 2024, the Court received notice from Mr. McCoy that he had been transferred from the custody of the Alabama Department of Corrections to the Pickens County Jail. (Doc. 13). Because the magistrate judge could not confirm that Mr. McCoy had received the report and recommendation through ADOC, the magistrate judge ordered the Clerk of Court to mail to Mr. McCoy another copy of

the report and recommendation and provided 14 additional days to file objections. (Doc. 14). To date, the Court has not received objections from Mr. McCoy.

After consideration of the electronic record in the case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with the recommendation, by separate order the Court will dismiss Mr. McCoy's federal claims pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted and, per 28 U.S.C. § 1367(c)(3), will refuse to exercise jurisdiction over Mr. McCoy's state law claims.

**DONE** and **ORDERED** this June 17, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE